IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EASTERN SAVINGS BANK, FSB; | ) |
| Plaintiff, | ) 09 C 3591 |
| vs. | ) |
| ANNIE F. BOSTON, AN INDIVIDUAL; U.S. EMPLOYEE CREDIT UNION; BOARD OF MANAGERS OF HYDE PARK BOULEVARD CONDOMINIUM; | ) ) ) |
| Defendants, | ) |

### MOTION FOR ORDER APPROVING REPORT OF SALE AND DISTRIBUTION AND POSSESSION

NOW COMES the Plaintiff, by Stitt, Klein, Daday, Aretos & Giampietro, LLC, its attorneys and moves this court for an Order of Possession and in support thereof, states as follows:

1. That Plaintiff was the purchaser of the subject premises arising out of the foreclosure proceedings in the above captioned case, and that the equity of redemption has expired.

2. That pursuant to the aforesaid sale, following expiration of the redemption period, a Report of Sale and Distribution was thereafter presented to the Court and approved.

3. Should a deficiency result from the sale, the property is subject to a special right of redemption pursuant to ILCS 735, Sec. 5/15-1604.

4. That an Order of Possession shall issue against any and all Defendants who are in possession of the subject premises.

5. The real property that is the subject matter of this proceeding is a condominium residence. The purchaser of the unit other than a mortgagee shall pay the assessments and the legal fees required by subdivisions (g)(1) and (g)(4) of Section 9 of the Condominium Property Act.

WHEREFORE, the Plaintiff, requests that this Court enter an Order Approving the Selling Officer's Report of Sale and Distribution and for possession against Annie F. Boston.

BY: _____
Stitt, Klein, Daday, Aretos & Giampietro, LLC
Attorneys for Plaintiff

Stitt, Klein, Daday, Aretos & Giampietro, LLC
Attorneys for Plaintiff
2550 West Golf Road
10th Floor
Rolling Meadows, Illinois 60008
(847) 590-8700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EASTERN SAVINGS BANK, FSB; )
              Plaintiff,) 09 C 3591
  vs. )
ANNIE F. BOSTON, AN INDIVIDUAL; U.S. EMPLOYEE)
CREDIT UNION; BOARD OF MANAGERS OF HYDE PARK )
BOULEVARD CONDOMINIUM;    Defendants,)

### REPORT OF SALE AND DISTRIBUTION

On this February 9, 2010, the date of sale, I, Shelly K. Hughes, the supervisor of sales of **Intercounty Judicial Sales Corporation**, selling officer appointed in the matter captioned above, do hereby report:

That pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash at 11 a.m., February 9, 2010 at the offices of **Intercounty Judicial Sales Corporation**, 120 West Madison Street, Suite 718A, Chicago, Illinois 60602, as set forth in the certificate of publication attached hereto and made a part hereof;

That at that time and place, I offered said premises for sale at public auction to the highest bidder on the terms specified in said advertisement;

That Eastern Savings Bank, FSB, the plaintiff herein, offered and bid therefore the sum of two hundred thirty-nine thousand nine hundred and 00/100 dollars ($239,900.00); and

That being the highest and best bid, I accordingly struck off and sold to said bidder the following described real estate:

UNIT 2-A TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN THE HYDE PARK BOULEVARD CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 20193290, IN THE EAST 1/2 OF THE NORTHWEST 1/4 AND THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS. P.I.N. 20-11-116-026-1002. Commonly known as 1130 E. Hyde Park Blvd., Unit 2A, Chicago, IL 60515.

I, Shelly K. Hughes, the supervisor of sales of **Intercounty Judicial Sales Corporation**, selling officer appointed in the matter captioned above, do hereby further report;

**That Intercounty Judicial Sales Corporation** has executed and delivered to said purchaser its Receipt of Sale, a copy of which is attached hereto, along with a copy of the Certificate of Sale (if any) delivered to said purchaser.

**That** the proceeds of said sale will, upon confirmation of the sale, be disbursed as follows:

**1. To the Plaintiff:**

| | | | |
|---|---|---|---|
| a) | The amount due under judgment | | $392,125.89 |
| b) | Interest thereon from date of judgment to date of sale | | $0.00 |
| c) | Publication costs | | $500.00 |
| | Taxes | $1,897.76 | |
| | PMI | $0.00 | |
| | Insurance | $0.00 | |
| | Corporate | $0.00 | |
| | Escrow | $0.00 | |
| | Atty./Bank. fees | $0.00 | |
| | Atty./Bank. costs | $0.00 | |
| | Sale canc./cont. | $0.00 | |
| | Preservation | $0.00 | |
| | Inspection | $0.00 | |
| | Appraisal/BPO | $125.00 | |
| | Title Insurance | $0.00 | |
| | Receipts | -$0.00 | |
| | Miscellaneous | $0.00 | |
| d) | Total advances since judgment | | $2,022.76 |
| | **Subtotal** | | $394,648.65 |

**2. Costs of Sale**

| | | |
|---|---|---|
| a) | To the Selling Officer, as commission | $300.00 |
| b) | Recording/Registration costs | $0.00 |
| | **Subtotal** | $300.00 |

**TOTAL AMOUNT DUE PLAINTIFF** $394,948.65

**TOTAL PROCEEDS OF SALE** $239,900.00

**SURPLUS OR (DEFICIENCY)** ($155,048.65)

Respectfully submitted

Date: February 9, 2010

INTERCOUNTY JUDICIAL SALES CORPORATION

By _____
Shelly K. Hughes

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EASTERN SAVINGS BANK, FSB;             )
                         Plaintiff,)   09 C 3591
          vs.                          )
ANNIE F. BOSTON, AN INDIVIDUAL; U.S. EMPLOYEE)
CREDIT UNION; BOARD OF MANAGERS OF HYDE PARK )
BOULEVARD CONDOMINIUM;        Defendants,)

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE, AND ORDER FOR POSSESSION

This cause comes to be heard on Plaintiff's motion for the entry of an order approving the Report of Sale and Distribution, confirming the sale of the mortgaged real estate that is the subject of the matter captioned above and described as:

UNIT 2-A TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN THE HYDE PARK BOULEVARD CONDOMINIUM AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 20193290, IN THE EAST 1/2 OF THE NORTHWEST 1/4 AND THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS. Commonly known as: 1130 E. Hyde Park Blvd., Unit 2A, Chicago, IL 60515. PIN: 20-11-116-026-1002.

The real property that is the subject matter of this proceeding is a condominium residence. The purchaser of the unit other than a mortgagee shall pay the assessments and the legal fees required by subdivisions (g)(1) and (g)(4) of Section 9 of the Condominium Property Act.

The real property was last inspected by movant or movant's agent on: October 26, 2009.
Due notice of said motion having been given, the Court having examined said report, and being fully advised in the premises, FINDS:

That the periods of redemption and reinstatement expired without same having been made;

That this Court obtained personal jurisdiction over those defendants who are personally liable to the Plaintiff for the deficiency, if any, from said sale;

That all notices required by Section 1507(c) of the Illinois Mortgage Foreclosure Law (S.H.A. 735 ILCS 5/15-1507(c)) were given;

That said sale was fairly and properly made;

That Intercounty Judicial Sales Corporation, hereinafter "Sale Officer", has in every respect proceeded in accordance with the terms of this Court's Judgment;

That the successful bidder is entitled to a deed of conveyance and possession of the mortgaged real estate, and; That justice was done.

**IT IS THEREFORE ORDERED:**

That the sale of the mortgaged real estate involved herein, and the Report of Sale and Distribution filed by the Selling Officer are hereby approved, ratified and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's advances, fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved, ratified and confirmed;

That the proceeds of said sale were insufficient to satisfy the judgment and that the Plaintiff will not pursue collection of the note;

That there shall be an IN REM deficiency judgment entered in the sum of ($155,048.65), with interest thereon as provided by statute against the subject property and that any Special Right to Redeem, if applicable, pursuant to Section 1604 of the Illinois Mortgage Foreclosure Law (S.H.A. 735 ILCS 5/15-1604), shall expire 30 days after entry of this order; and

That upon confirmation herein and upon request by the successful bidder, and provided that all required payments have been made pursuant to Section 15-1509(a) of the Illinois Mortgage Foreclosure Law (S.H.A. 735 ILCS 5/15-1509(a)) the Selling Officer shall execute and deliver to the successful bidder, a deed sufficient to convey title.

**IT IS FURTHER ORDERED:**

That the Deed to be issued to the successful bidder hereunder is a transaction that is exempt from all transfer taxes either state or local and the Cook County Recorder of Deeds is ordered to permit immediate recordation of the Judicial Sale Deed issued hereunder without any exemption stamps;

That the successful bidder, is entitled to and shall have possession of the mortgaged real estate no sooner than 30 days from the entry of this Order, without further Order of Court, as provided in Section 15-1701 of the Illinois Mortgage Foreclosure Law (S.H.A. 735 ILCS 5/15-1701), and;

That in the event possession is so withheld, the Sheriff of Cook County is directed to evict and dispossess, no sooner than 30 days from the entry of this Order Annie F. Boston from the mortgaged real estate commonly known as 1130 E. Hyde Park Blvd., Unit 2A, Chicago, IL 60515 without further Order of Court;

No occupants other than individuals named in the Order of Possession may be evicted without a Supplemental Order of Possession or an order from the Forcible Entry and Detainer Court.

A copy of this order shall be mailed to the borrower(s) at his/her last known address within seven (7) days.

ENTER:

_____
Judge

Dated: _____

Stitt, Klein, Daday, Aretos & Giampietro, LLC
2550 West Golf Road
10th Floor
Rolling Meadows, Illinois 60008
(847) 590-8700